BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: National Prescription Opiate Litigation

MDL No. 2804

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential Tag-Along Actions, docket sheets, and complaints were served on the following parties electronically via CM/ECF, or as indicated below, on September 6, 2019.

*<u>County of Ocean, New Jersey v. Purdue Pharma L.P., et al.</u>*. **Case No. 3:19-cv-17138 (D.N.J.)**

**Service by email or CM/ECF:**

| | |
|---|---|
| Marc David Grossman<br>Vicki J. Maniatis<br>SANDERS PHLLIPS GROSSMAN, LLC<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>516-741-5600<br>mgrossman@thesandersfirm.com<br>vmaniatis@thesandersfirm.com<br><br>*Counsel for Plaintiff County of Ocean, New Jersey* | Russell D. Jessee<br>STEPTOE & JOHNSON PLLC<br>Chase Tower, 17th Floor<br>P.O. Box 1588<br>Charleston, WV 25326<br>(304) 353-8000<br>russell.jessee@steptoe-johnson.com<br><br>*Counsel for Defendant McKesson Corporation* |

| | |
|---|---|
| Mark Steven Cheffo<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3500<br>mark.cheffo@dechert.com<br><br>*Counsel for Defendants Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company, Inc.; The P.F. Laboratories, Inc.* | Robert F. Chapski<br>Whitney Henry Kimerling<br>LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.<br>424 Church Street, Suite 2500<br>Nashville, TN 37219<br>615-259-1366<br>rchapski@lewisthomason.com<br>wkimerling@lewisthomason.com<br><br>Albert C. Harvey<br>LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.<br>40 S. Main Street, Suite 2900<br>Memphis, TN 38103<br>901-525-8721<br>aharvey@lewisthomason.com<br><br>Mark A. Castleberry<br>LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.<br>620 Market Street, Fifth Floor<br>Knoxville, TN 37901<br>865-456-4646<br>mcastleberry@lewisthomason.com<br><br>*Counsel for Defendants Richard S. Sackler; Jonathan D. Sackler; Mortimer D.A. Sackler; Kathe A. Sackler; Ilene Sackler Lefcourt; Beverly Sackler; Theresa Sackler; David A. Sackler; Trust for The Benefit of Members of The Raymond Sackler Family* |

| | |
|---|---|
| Steven F. Napolitano<br>SKARZYNSKI BLACK LLC<br>One Battery Park Plaza, 32nd Floor<br>New York, NY 10004<br>(212) 820-7700<br>snapolitano@skarzynski.com<br><br>*Counsel for Defendants Rhodes Pharmaceuticals L.P.; Rhodes Technologies; Rhodes Technologies, Inc.; Rhodes Pharmaceuticals, Inc.* | Patrick D. Bonner, Jr.<br>MENZ BONNER KOMAR & KOENIGSBERG LLP<br>125 Half Mile Road, Suite 200<br>Red Bank, New Jersey 07701<br>(732) 933-2757<br>pbonner@mbkklaw.com<br><br>Joseph M. McLaughlin<br>Daniel J. Stujenske<br>Shannon K. McGovern<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017-3954<br>(212) 455-2000<br>jmclaughlin@stblaw.com<br>dstujenske@stblaw.com<br>smcgovern@stblaw.com<br><br>*Counsel for Defendant Stuart D. Baker* |
| Alper T. Ertas<br>James K. O'Connor<br>John A. McCauley<br>Michael S. Blume<br>VENABLE LLP<br>101 California Street<br>San Francisco, CA 94111<br>(415) 653-3750<br>atertas@venable.com<br>jko03@venable.com<br>jmccauley@venable.com<br>msblume@venable.com<br><br>*Counsel for Defendants Abbott Laboratories; and Abbott Laboratories, Inc.* | Steven A. Reed<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>(215) 963-5000<br>steven.reed@morganlewis.com<br><br>*Counsel for Defendants Teva Pharmaceutical Industries Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.* |

| | |
|---|---|
| Charles C. Lifland<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br>(213) 430-6000<br>clifland@omm.com<br><br>*Counsel for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.* | Daniel G. Jarcho<br>ALSTON & BIRD LLP<br>950 F Street, N.W.<br>Washington, D.C. 20004<br>(202) 239-3254<br>daniel.jarcho@alston.com<br><br>*Counsel for Defendant Noramco, Inc.* |
| Jonathan L. Stern<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>(202) 942-5000<br>Jonathan.Stern@arnoldporter.com<br><br>*Counsel for Defendants Endo Pharmaceuticals, Inc.; Endo Health Solutions, Inc.; Par Pharmaceutical Companies, Inc.* | Donna Welch<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2425<br>donna.welch@kirkland.com<br><br>*Counsel for Defendants Allergan plc f/k/a Actavis plc; Allergan Finance LLC; Allergan USA Inc.; Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.* |
| Kurt M. Mullen, Esq.<br>NIXON PEABODY LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>617-345-1000<br>kmullen@nixonpeabody.com<br><br>*Counsel for Defendant John N. Kapoor* | Brien T. O'Connor<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199<br>(617) 951-7000<br>brien.o'connor@ropesgray.com<br><br>*Counsel for Defendants Mallinckrodt plc; Mallinckrodt LLC; Specgx LLC* |
| Robert A. Nicholas<br>REED SMITH LLP<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>(215) 851-8100<br>rnicholas@reedsmith.com<br><br>*Counsel for Defendant AmerisourceBergen Drug Corporation* | J. Matthew Donohue<br>HOLLAND & KNIGHT LLP<br>2300 US Bancorp Tower<br>111 SW 5th Ave.<br>Portland, OR 97204<br>(503) 517-2913<br>matt.donohue@hklaw.com<br><br>*Counsel for Defendant Insys Therapeutics, Inc.* |

5

| | |
|---|---|
| Dean T. Barnhard<br>BARNES & THORNBURG LLP<br>11 South Meridian St<br>Indianapolis, IN 46204<br>(317) 236-1313<br>dean.barnhard@btlaw.com<br><br>*Counsel for Defendant H.D. Smith Wholesale Drug Company* | Richard H. Blake<br>MCDONALD HOPKINS LLC<br>600 Superior Avenue, East, Suite 2100<br>Cleveland, OH 44114<br>216-348-5839<br>rblake@mcdonaldhopkins.com<br><br>*Counsel for Defendant Miami-Luken, Inc.* |
| Ryan Sestack<br>GORDON REES SCULLY MANSUKHANI LLP<br>1 Battery Park Plaza, 28th Floor<br>New York, NY 10004<br>(212) 269-5500<br>rsestack@grsm.com<br><br>*Counsel for Defendants Perry Fine, M.D.; Scott Fishman; Lynn Webster, M.D.* | S. Amy Spencer<br>SHAHEEN & GORDON, P.A.<br>107 Storrs Street<br>P.O. Box 2703,<br>Concord, NH, 03302-2703<br>603-617-3038<br>saspencer@Shaheengordon.com<br><br>*Counsel for Defendant Russell Portenoy, M.D.* |
| Eric R. Delinsky<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036<br>(202) 778-1800<br>edelinsky@zuckerman.com<br><br>*Counsel for Defendant CVS Health Corporation* | Kaspar J. Stoffelmayr<br>BARTLIT BECK LLP<br>54 West Hubbard Street, Ste. 300<br>Chicago, IL 60654<br>(312) 494-4400<br>kaspar.stoffelmayr@bartlit-beck.com<br><br>*Counsel for Defendants Walgreens Boots Alliance, Inc.; Walgreens Eastern Co., Inc.; Walgreen, Co.* |
| Elisa P. McEnroe<br>MORGAN, LEWIS & BOCKIUS, LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>(215) 963-5917<br>elisa.mcenroe@morganlewis.com<br><br>*Counsel for Defendant Rite Aid Corporation* | Christopher Lovrien<br>JONES DAY<br>555 S. Flower St., 50th Floor<br>Los Angeles, CA 90071<br>(213) 243-2316<br>cjlovrien@jonesday.com<br><br>*Counsel for Defendants Walmart Inc.; Wal-Mart Stores East, LP; Walmart Stores East, Inc.* |

| | |
|---|---|
| Ronda L. Harvey<br>BOWLES RICE LLP<br>600 Quarrier Street<br>Charleston, WV 25301<br>(304) 347-1100<br>rharvey@bowlesrice.com<br><br>*Counsel for Defendant The Kroger Co.* | James W. Matthews<br>FOLEY & LARDNER LLP<br>111 Huntington Ave<br>Boston, MA 02199<br>(617) 342-4000<br>jmatthews@foley.com<br><br>*Counsel for Defendant Anda, Inc.* |

**Parties not served because they have no known addresses and have not been served by Plaintiff with the Complaint in this action:**

| | |
|---|---|
| The American Pain Foundation<br><br>*Counsel for Defendant The American Pain Foundation is unknown* | The Academy of Integrative Pain Management f/k/a American Academy of Pain Management<br><br>*Counsel for Defendant The Academy of Integrative Pain Management f/k/a American Academy of Pain Management is unknown* |
| The American Academy of Pain Management<br><br>*Counsel for Defendant The American Academy of Pain Management is unknown* | |

7

*City of Trenton, New Jersey v. Purdue Pharma L.P., et al.*. **Case No. 3:19-cv-17155 (D.N.J.)**

**Service by email or CM/ECF:**

| | |
|---|---|
| Lee S. Goldsmith<br>GOLDSMITH & GOLDSMITH, LLP<br>Park 80 West – Plaza One<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, NJ 07663<br>(201) 429-7892<br>lee@goldsmithlegal.com<br><br>Judith S. Scolnick<br>SCOTT+SCOTT, ATTORNEYS AT LAW, LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>(212) 223-6444<br>jscolnick@scott-scott.com<br><br>*Counsel for Plaintiff City of Trenton* | Mark Steven Cheffo<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3500<br>mark.cheffo@dechert.com<br><br>*Counsel for Defendants Purdue Pharma L.P. d/b/a Purdue Pharma (Delaware) Limited Partnership; Purdue Pharma Inc.; The Purdue Frederick Company, Inc.* |
| Steven F. Napolitano<br>SKARZYNSKI BLACK LLC<br>One Battery Park Plaza, 32nd Floor<br>New York, NY 10004<br>(212) 820-7700<br>snapolitano@skarzynski.com<br><br>*Counsel for Defendants Rhodes Technologies; Rhodes Technologies, Inc.; Rhodes Pharmaceuticals, Inc.; Rhodes Pharmaceuticals, L.P.* | Steven A. Reed<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>(215) 963-5000<br>steven.reed@morganlewis.com<br><br>*Counsel for Defendants Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.* |
| Barry Boise<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103<br>(215) 981-4000<br>boiseb@pepperlaw.com<br><br>*Counsel for Defendant Collegium Pharmaceutical, Inc.* | Charles C. Lifland<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br>(213) 430-6000<br>clifland@omm.com<br><br>*Counsel for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.* |

| | |
|---|---|
| Jonathan L. Stern<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>(202) 942-5000<br>Jonathan.Stern@arnoldporter.com<br><br>*Counsel for Defendants Endo Pharmaceuticals, Inc. and Endo Health Solutions, Inc.* | Donna Welch<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2425<br>donna.welch@kirkland.com<br><br>*Counsel for Defendants Allergan plc f/k/a Actavis plc; Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.* |
| Brien T. O'Connor<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199<br>(617) 951-7000<br>brien.o'connor@ropesgray.com<br><br>*Counsel for Defendants Mallinckrodt LLC; Specgx LLC* | J. Matthew Donohue<br>HOLLAND & KNIGHT LLP<br>2300 US Bancorp Tower<br>111 SW 5th Ave.<br>Portland, OR 97204<br>(503) 517-2913<br>matt.donohue@hklaw.com<br><br>*Counsel for Defendant Insys Therapeutics, Inc.* |
| Russell D. Jessee<br>STEPTOE & JOHNSON PLLC<br>Chase Tower, 17th Floor<br>P.O. Box 1588<br>Charleston, WV 25326<br>(304) 353-8000<br>russell.jessee@steptoe-johnson.com<br><br>*Counsel for Defendant McKesson Corporation* | Robert A. Nicholas<br>REED SMITH LLP<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>(215) 851-8100<br>rnicholas@reedsmith.com<br><br>*Counsel for Defendant AmerisourceBergen Drug Corporation* |
| Eric R. Delinsky<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036<br>(202) 778-1800<br>edelinsky@zuckerman.com<br><br>*Counsel for Defendants CVS Health Corporation; CVS Pharmacy, Inc.* | Elisa P. McEnroe<br>MORGAN, LEWIS & BOCKIUS, LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>(215) 963-5917<br>elisa.mcenroe@morganlewis.com<br><br>*Counsel for Defendant Rite Aid Corporation* |

| | |
|---|---|
| Kaspar J. Stoffelmayr<br>BARTLIT BECK LLP<br>54 West Hubbard Street, Ste. 300<br>Chicago, IL 60654<br>(312) 494-4400<br>kaspar.stoffelmayr@bartlit-beck.com<br><br>*Counsel for Defendants Walgreens Boots Alliance, Inc.; Walgreen Eastern Co., Inc.* | Christopher Lovrien<br>JONES DAY<br>555 S. Flower St., 50th Floor<br>Los Angeles, CA 90071<br>(213) 243-2316<br>cjlovrien@jonesday.com<br><br>*Counsel for Defendant Walmart Inc.* |
| Dennis J. Drasco<br>Arthur M. Owens<br>LUM, DRASCO & POSITAN, LLC<br>103 Eisenhower Parkway<br>Roseland, New Jersey 07068-1049<br>(973) 403-9000<br>ddrasco@lumlaw.com<br>aowens@lumlaw.com<br><br>*Counsel for Defendants Richard S. Sackler, Jonathan D. Sackler, Kathe A. Sackler, Ilene Sackler Lefcourt, Beverly Sackler, Theresa Sackler, David A. Sackler and Mortimer D.A. Sackler* | Kurt M. Mullen, Esq.<br>NIXON PEABODY LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>617-345-1000<br>kmullen@nixonpeabody.com<br><br>*Counsel for Defendant John N. Kapoor* |

*Takoma Regional Hospital, Inc., et al. v. Purdue Pharma L.P., et al..*
<u>Case No. 2:19-cv-00157 (E.D. Tenn.)</u>

**Service by email or CM/ECF:**

| | |
|---|---|
| Gary E. Brewer<br>BREWER & TERRY, P.C.<br>1702 W Andrew Johnson Highway<br>Morristown, TN 37814<br>(423) 587-2730<br>robin@brewerandterry.com<br><br>John W. ("Don") Barrett<br>Sterling Starns<br>David McMullan. Jr.<br>Richard Barrett<br>BARRETT LAW GROUP, P.A.<br>P.O. Box 927<br>404 Court Square North<br>Lexington, MS 39095<br>(662) 834-2488<br>dbarrett@barrettlawgroup.com<br>sstarns@barrettlawgroup.com<br>dmcmullan@barrettlawgroup.com<br>rrb@rrblawfim.net<br><br>Warren Bums<br>BURNS CHAREST, LLP<br>900 Jackson St, Suite 500<br>Dallas, TX 75202<br>(469) 904-4550<br>wburns@burnscharest.com<br><br>Korey A. Nelson<br>Lydia A. Wright<br>Rick Yelton<br>BURNS CHAREST, LLP<br>365 Canal Street, Suite 1170<br>New Orleans, LA 70130<br>(504) 799-2845<br>knelson@burnscharest.com<br>lwright@burnscharest.com<br>ryelton@burnscharest.com<br><br>*Counsel for all Plaintiffs* | Jonathan W. Cuneo<br>Monica Miller<br>Mark H. Dubester<br>David L. Black<br>Jennifer E. Kelly<br>Evelyn Li<br>CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Avenue, NW, Suite 200<br>Washington, DC 20016<br>(202) 789-3960<br>jonc@cuneolaw.com<br>mmiller@cuneolaw.com<br>mark@cuneolaw.com<br>dblack@cuneolaw.com<br>jkelly@cuneolaw.com<br>evelyn@cuneolaw.com<br><br>Steve Martino<br>TAYLOR MARTINO, P.C.<br>51 St. Joseph St.<br>Mobile, AL 36602<br>(251) 433-3131<br>SteveMartino@taylormartino.com<br><br>Gerald M. Abdalla, Jr.<br>ABDALLA LAW, PLLC<br>602 Steed Road, Suite 200<br>Ridgeland, MS 39157<br>(601) 487-4590<br>jerry@abdalla-law.com<br><br>*Counsel for all Plaintiffs* |

| | |
|---|---|
| Robert F. Chapski<br>Whitney Henry Kimerling<br>LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.<br>424 Church Street, Suite 2500<br>Nashville, TN 37219<br>615-259-1366<br>rchapski@lewisthomason.com<br>wkimerling@lewisthomason.com<br><br>Albert C. Harvey<br>LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.<br>40 S. Main Street, Suite 2900<br>Memphis, TN 38103<br>901-525-8721<br>aharvey@lewisthomason.com<br><br>Mark A. Castleberry<br>LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.<br>620 Market Street, Fifth Floor<br>Knoxville, TN 37901<br>865-456-4646<br>mcastleberry@lewisthomason.com<br><br>*Counsel for Defendants Richard Sackler; Beverly Sackler; David Sackler; Ilene Sackler Lefcourt; Jonathan Sackler; Kathe Sackler-Mortimer D.A. Sackler; Theresa Sackler* | Kevin Marino<br>MARINO, TORTORELLA & BOYLE, PC<br>437 Southern Blvd<br>Chatham, NJ 07928<br>973-824-9300<br>kmarino@khmarino.com<br><br>*Counsel for Defendant John Stewart* |
| Mark Steven Cheffo<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3500<br>mark.cheffo@dechert.com<br><br>*Counsel for Defendants Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company, Inc.* | Linda Imes<br>Christopher W. Dysard<br>SPEARS & IMES LLP<br>51 Madison Ave.<br>New York, NY 10010<br>212-213-6996<br>limes@spearsimes.com<br>cdysard@spearsimes.com<br><br>*Counsel for Defendant Craig Landau* |

| | |
|---|---|
| Julie B. Porter, Esq.<br>SALVATORE PRESCOTT & PORTER PLLC<br>1010 Davis Street<br>Evanston, IL 60201<br>(312) 283-5711<br>porter@spplawyers.com<br><br>*Counsel for Defendant Russell Gasdia* | Joshua J. Bond<br>HODGES, DOUGHTY & CARSON, PLLC<br>617 Main Street<br>P.O. Box 869<br>Knoxville, TN 37901-0869<br>(865) 292-2307<br>jbond@hdclaw.com<br><br>*Counsel for Defendant Andrew T. Stokes* |
| Brian S. Spitler<br>COPELAND, STAIR, KINGMA & LOVELL, LLP<br>920 McCallie Avenue<br>Chattanooga, TN 37403<br>423-777-4693<br>bspitler@cskl.law<br><br>*Counsel for Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals, Inc.* | Steven A. Reed<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>(215) 963-5000<br>steven.reed@morganlewis.com<br><br>*Counsel for Defendants Teva Pharmaceutical Industries Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc.* |
| Charles C. Lifland<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br>(213) 430-6000<br>clifland@omm.com<br><br>*Counsel for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.* | Alper T. Ertas<br>James K. O'Connor<br>John A. McCauley<br>Michael S. Blume<br>VENABLE LLP<br>101 California Street<br>San Francisco, CA 94111<br>(415)653-3750<br>atertas@venable.com<br>jko03@venable.com<br>jmccauley@venable.com<br>msblume@venable.com<br><br>*Counsel for Defendants Abbott Laboratories; and Abbott Laboratories, Inc.* |

| | |
|---|---|
| Scott D. Powers<br>David Arlington<br>BAKER BOTTS LLP<br>98 San Jacinto Boulevard, Suite 1500<br>Austin, TX 78701<br>(512) 322-2500<br>scott.powers@bakerbotts.com<br>david.arlington@bakerbotts.com<br><br>Kevin M. Sadler<br>BAKER BOTTS LLP<br>1001 Page Mill Rd., Bldg. One, Suite 200<br>Palo Alto, CA 94304<br>(650) 739-7500<br>kevin.sadler@bakerbotts.com<br><br>*Counsel for Defendant Assertio Therapeutics, Inc.* | Jonathan L. Stern<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>(202) 942-5000<br>Jonathan.Stern@arnoldporter.com<br><br>*Counsel for Defendants Endo Pharmaceuticals, Inc.; Endo Health Solutions, Inc.* |
| Brien T. O'Connor<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199<br>(617) 951-7000<br>brien.o'connor@ropesgray.com<br><br>*Counsel for Defendants Mallinckrodt plc; Mallinckrodt LLC; Specgx LLC* | James W. Matthews<br>FOLEY & LARDNER LLP<br>111 Huntington Ave<br>Boston, MA 02199<br>(617) 342-4000<br>jmatthews@foley.com<br><br>*Counsel for Defendant Anda, Inc.* |
| Dean T. Barnhard<br>BARNES & THORNBURG LLP<br>11 South Meridian St<br>Indianapolis, IN 46204<br>(317) 236-1313<br>dean.barnhard@btlaw.com<br><br>*Counsel for Defendant H.D. Smith LLC f/k/a H.D. Smith Wholesale Drug Company* | John P. McDonald<br>LOCKE LORD LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>(214) 740-8000<br>jmcdonald@lockelord.com<br><br>*Counsel for Defendant Henry Schein, Inc.* |
| Robert A. Nicholas<br>REED SMITH LLP<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>(215) 851-8100<br>rnicholas@reedsmith.com<br><br>*Counsel for Defendant AmerisourceBergen Drug Corporation* | Richard H. Blake<br>MCDONALD HOPKINS LLC<br>600 Superior Avenue, East<br>Suite 2100<br>Cleveland, OH 44114<br>216-348-5839<br>rblake@mcdonaldhopkins.com<br><br>*Counsel for Defendant Miami-Luken, Inc.* |

| | |
|---|---|
| Elisa P. McEnroe<br>MORGAN, LEWIS & BOCKIUS, LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>(215) 963-5917<br>elisa.mcenroe@morganlewis.com<br><br>*Counsel for Defendant Rite Aid of Maryland* | Ronda L. Harvey<br>BOWLES RICE LLP<br>600 Quarrier Street<br>Charleston, WV 25301<br>(304) 347-1100<br>rharvey@bowlesrice.com<br><br>*Counsel for Defendants The Kroger Co.; Kroger Limited Partnership II* |
| Eric R. Delinsky<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036<br>(202) 778-1800<br>edelinsky@zuckerman.com<br><br>*Counsel for Defendants CVS Health Corporation; CVS Pharmacy Inc.; CVS Indiana, L.L.C* | Christopher Lovrien<br>JONES DAY<br>555 S. Flower St., 50th Floor<br>Los Angeles, CA 90071<br>(213) 243-2316<br>cjlovrien@jonesday.com<br><br>*Counsel for Defendants Walmart Inc.; Wal-Mart Stores East, LP* |
| Daniel G. Jarcho<br>ALSTON & BIRD LLP<br>950 F Street, N.W.<br>Washington, D.C. 20004<br>(202) 239-3254<br>daniel.jarcho@alston.com<br><br>*Counsel for Defendant Noramco, Inc.* | Kaspar J. Stoffelmayr<br>BARTLIT BECK LLP<br>54 West Hubbard Street, Ste. 300<br>Chicago, IL 60654<br>(312) 494-4400<br>kaspar.stoffelmayr@bartlit-beck.com<br><br>*Counsel for Defendant Walgreens Boots Alliance, Inc* |
| John W. Reis, Esq.<br>FOX ROTHSCHILD LLP<br>101 N. Tryon St., Suite 1300<br>Charlotte NC 28246-0109<br>(704) 384-2600<br>jreis@foxrothschild.com<br><br>*Counsel for Defendants P & S Pharmacy and Lowell B. Grizzle* | Henry Daniel Babenco, MD<br>6350 Clinton Rd<br>Paducah, KY 42001<br>270-556-1630<br>dbabenco@comcast.net<br><br>*Defendant Henry Babenco (pro se)* |
| Donna Welch<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2425<br>donna.welch@kirkland.com<br><br>*Counsel for Defendant Allergan plc* | |

**Service by U.S. Mail:**

| | |
|---|---|
| Mark Timney<br>195 Shore Rd<br>Old Greenwich, CT 06870<br><br>*Counsel for Defendant Mark Timney is unknown* | Sharon Naylor<br>101 Willow Tree Ln<br>Jacksboro, TN 37757<br><br>*Counsel for Defendant Sharon Naylor is unknown* |
| Alicia Naylor<br>2105 Leatherwood Rd<br>Oneida, TN 37841<br><br>*Counsel for Defendant Alicia Naylor is unknown* | Gregory Madron<br>295 Sawmill Cir<br>Jacksboro, TN 37757<br><br>*Counsel for Defendant Gregory Madron is unknown* |

**Liaison Counsel**

**Service by email or CM/ECF:**

| | |
|---|---|
| Peter Henry Weinberger<br>SPANGENBERG SHIBLEY & LIBER LLP<br>1001 Lakeside Avenue East<br>Suite 1700<br>Cleveland, OH 44114-1149<br>(216) 696-3232<br>pweinberger@spanglaw.com<br><br>Steven J. Skikos<br>SKIKOS CRAWFORD SKIKOS & JOSEPH<br>One Sansome Street, Suite 2830<br>San Francisco, CA 94104<br>(415) 546-7300<br>sskikos@skikoscrawford.com<br><br>Troy A. Rafferty<br>LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR PA<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL 32502<br>(850) 435-7000<br>trafferty@levinlaw.com<br><br>*Liaison Counsel for Plaintiffs* | Carole Schwartz Rendon<br>BAKER & HOSTETLER LLP<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114-1214<br>(216) 861-7420<br>crendon@bakerlaw.com<br><br>Mark Steven Cheffo<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3500<br>mark.cheffo@dechert.com<br><br>Ralph E. Cascarilla<br>WALTER & HAVERFIELD<br>3500 Tower at Erieview<br>1301 East Ninth Street<br>Cleveland, OH 44114<br>(216) 781-1212<br>rcascarilla@walterhav.com<br><br>Shannon E. McClure<br>REED SMITH LLP<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>(215) 851-8226<br>smcclure@reedsmith.com<br><br>Tyler G. Tarney<br>GORDON REES LLP<br>41 South High Street, Suite 240<br>Columbus, OH 43215<br>(614) 340-5558<br>ttarney@grsm.com<br><br>*Liaison Counsel for Defendants* |

By          */s/ Enu Mainigi*
          Enu Mainigi (DC Bar No. 454012)
          WILLIAMS & CONNOLLY LLP
          725 Twelfth Street, N.W.
          Washington, DC 20005
          Telephone: (202) 434-5000
          Facsimile: (202) 434-5029

*Counsel for Defendant Cardinal Health, Inc.*

Dated: September 10, 2019